CURTIS J. MORRIS, ESQ. (SBN 98662)
Law Offices of Curtis J. Morris
370 W. Napa Street
Sonoma, CA 95476
Telephone:  (707) 938-0861
Facsimile:  (707) 938-0880
morrislaw@vom.com

XAVIER A.M. LAVOIPIERRE, ESQ. (SBN 132798)
Law Office of Xavier A.M. Lavoipierre
809 Broadway, Suite 5
P.O. Box 256
Sonoma, CA 95476
Telephone:  (707) 938-1611
Facsimile:  (707) 938-4223
xlaw@sbcglobal.net

Attorneys for Plaintiff, KRISTIN MCNELIS

JAMES PARTON, III, ESQ. (SBN 77698)
jparton@partonsell.com
RALPH R. RHOADES, ESQ. (SBN 100127)
rrhoades@partonsell.com
FRANCIS D. CONWAY, ESQ. (SBN 186207)
fconway@partonsell.com
PARTON | SELL | RHOADES
A Professional Corporation
750 Lindaro, Suite 140
San Rafael, CA 94901
Telephone:  (415) 258-9700
Facsimile:  (415) 258-9739

Attorneys for Defendants, OMNIGLOW, LLC and IRA LEEMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN MCNELIS,<br><br>  Plaintiff,<br><br>  vs.<br><br>OMNIGLOW, LLC; IRA LEEMON; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.: C 12-06468 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

1.  Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

2.  The parties agree to participate in the following ADR process:

Court Processes:

☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

Private Process:

☐ Private ADR (please identify process and provider) The parties have not yet identified a specific mediator for this matter.

The parties agree to hold the ADR session by:

☐ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

☒ other requested deadline:   July 31, 2013.

Dated: 3/8/13

_____
Plaintiff attorney

Dated: March 8, 2013

_____
Defendant attorney

2

C 12-06468 MEJ

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

~~[PROPOSED]~~ ORDER

☒ The parties' stipulation is adopted and IT IS SO ORDERED.

☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: March 11, 2013



_____
UNITED STATES MAGISTRATE JUDGE
Judge Maria-Elena James

s:\cases\1047-0002 mcnelis\p\stip and order re adr.docx