1  CURTIS J. MORRIS (SBN 098662)
   LAW OFFICES OF CURTIS J. MORRIS
2  370 W. Napa Street
   Sonoma, CA 95476
3  Tel: (707) 938-0861
   Fax: (707) 938-0880
4
   XAVIER A.M. LAVOIPIERRE (SBN 132798)
5  LAW OFFICE OF XAVIER A.M. LAVOIPIERRE
   809 Broadway, Suite 5; P.O. Box 256
6  Sonoma, CA 95476
   Tel: (707) 938-1611
7  Fax: (707) 938-4223

8
   Attorneys for Plaintiff
9

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14

15  KRISTIN MCNELIS,                    CV 12-06468 MEJ

16        Plaintiff,                    [PROPOSED] ORDER ON PLAINTIFF'S
                                        MOTION FOR LEAVE TO FILE A FIRST
17     v.                               AMENDED COMPLAINT AND FOR
                                        MODIFICATION OF THE CASE
18  OMNIGLOW, LLC; IRA LEEMON; and      MANAGEMENT ORDER
    DOES 1 through 50, inclusive,       [FRCP 15(a)(2); FRCP 16(b)(4)]
19
          Defendants.                   Date:  July 31, 2013
20                                      Time:  10:00 a.m.
                                        Courtroom: B, 15th Floor (Hon. Maria-
21                                      Elena James)

22

23                                    ORDER

24        The motion of plaintiff Kristin McNelis for leave to file a first amended complaint and

25  for modification of the Case Management Order pursuant to FRCP 15(a)(2) and FRCP 16(b)(4)

26  came on regularly for hearing on July 31, 2013, in Courtroom B, 15th Floor, of the United States

27  District Court for the Northern District of California.

28
[PROPOSED] ORDER ON PLAINTIFF'S
FOR LEAVE TO FILE A FIRST AMENDED
COMPLAINT AND FOR MODIFICATION OF THE         1                    CV 12-06468 MEJ
CASE  MANAGEMENT ORDER

1   The Court having reviewed and considered the pleadings, papers and records submitted in
2   support of and in opposition to the motion, the Court finds that good cause exists to modify the
3   Case Management Order; and further finds that defendants will not be prejudiced by the filing of
4   plaintiff's proposed First Amended Complaint, and it is in the interests of justice that leave be
5   granted to file the proposed First Amended Complaint attached as Exhibit A to plaintiff's
6   motion; and now, therefore,

7   IT IS HEREBY ORDERED that the motion to modify the Case Management Order be
8   and is GRANTED;

9   IT IS HEREBY FURTHER ORDERED that the motion for leave to file a first amended
10  complaint be and is GRANTED;

11  IT IS HEREBY FURTHER ORDERED that:

12  1.   The Case Management Order herein is modified to provide that the deadline for
13  amending pleadings is extended to     July 8,          , 2013, solely for purposes of the
14  filing of the proposed First Amended Complaint attached as Exhibit A to plaintiff's motion;

15  2.   Plaintiff's First Amended Complaint, in the form of Exhibit A attached to her
16  motion, shall be filed no later than the modified date for amending pleadings set forth herein.

17  3.   Defendants shall file an amended answer to the proposed First Amended
    complaint within 15 days of service thereof.

18  Dated:   July 1, 2013

20  _____
    MARIA-ELENA JAMES
    United States District Court