1  CURTIS J. MORRIS (SBN 098662)
   LAW OFFICES OF CURTIS J. MORRIS
2  370 W. Napa Street
   Sonoma, CA 95476
3  Tel: (707) 938-0861
   Fax: (707) 938-0880
4
   XAVIER A.M. LAVOIPIERRE (SBN 132798)
5  LAW OFFICE OF XAVIER A.M. LAVOIPIERRE
   809 Broadway, Suite 5; P.O. Box 256
6  Sonoma, CA 95476
   Tel: (707) 938-1611
7  Fax: (707) 938-4223

8
   Attorneys for Plaintiff
9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14
   KRISTIN MCNELIS,                    CV 12-06468 MEJ
15
          Plaintiff,                   STIPULATION AND [PROPOSED]
16                                     ORDER FOR MODIFICATION OF THE
       v.                              CASE MANAGEMENT ORDER RE:
17                                     NUMBER OF TRIAL DAYS
   OMNIGLOW, LLC; IRA LEEMON; and      [FRCP 16(b)(4)]
18 DOES 1 through 50, inclusive,

19        Defendants.

20

21     The parties hereto, by and through their respective counsel, recite and stipulate as

22 follows:

23     WHEREAS, on March 25, 2013, this Court issued its Case Management Order in this

24 matter, which provides that a jury trial shall commence March 24, 2014, and last 5 days,

25     WHEREAS, subsequent to the issuance of the Case Management Order the parties have

26 made their initial disclosures, have conducted written discovery, participated in a mediation on

27 June 4, 2013, and have met and conferred to reevaluate their trial estimates in light of further

28 information obtained since the Case Management Order was issued,

|    |                                                                                                              |
|----|--------------------------------------------------------------------------------------------------------------|
| 1  | WHEREAS, counsel have determined that the issues which will be tried in this matter                          |
| 2  | will require 8 days of trial,                                                                                |
| 3  | WHEREAS, counsel believe that because of the foregoing good cause exists to modify                           |
| 4  | the Case Management Order to provide that the jury trial in this matter will last 8 days,                    |
| 5  | THE PARTIES HEREBY STIPULATE THAT the Case Management Order issued by                                        |
| 6  | the court be modified, and provide that the jury trial in this matter shall last 8 days.                     |

Dated: July 8, 2013    LAW OFFICE OF XAVIER A.M. LAVOIPIERRE

By: _____
Xavier A.M. Lavoipierre
Co-counsel for Plaintiff

Dated: July 9, 2013    PARTON SELL RHOADES, PC

By: _____
Ralph Rhoades
Counsel for Defendants

ORDER

The Court having reviewed and considered the recitals and stipulation of the parties, the Court finds that good cause exists to modify the Case Management Order to provide that the jury trial in this matter will last 8 days, and now, therefore,

IT IS HEREBY ORDERED that the Case Management Order herein is modified to provide that the jury trial in this matter will last 8 days.

Dated: _____

[Stamp: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge Maria-Elena James]

```
Counsel have made no good showing of the reason
for the enlargement of days for trial.  The
Court will decide trial days after counsel
```

MARIA-ELENA JAMES
United States District Court

```
have filed dispositive motions or at the
pretrial conference.
```

Dated: 7/15/2013

STIPULATION AND ORDER FOR MODIFICATION
OF THE CASE MANAGEMENT ORDER RE:
NUMBER OF TRIAL DAYS

2                                        CV 12-06468 MEJ