1  CURTIS J. MORRIS (SBN 098662)
   LAW OFFICES OF CURTIS J. MORRIS
2  370 W. Napa Street
   Sonoma, CA 95476
3  Tel: (707) 938-0861
   Fax: (707) 938-0880
4
   XAVIER A.M. LAVOIPIERRE (SBN 132798)
5  LAW OFFICE OF XAVIER A.M. LAVOIPIERRE
   809 Broadway, Suite 5; P.O. Box 256
6  Sonoma, CA 95476
   Tel: (707) 938-1611
7  Fax: (707) 938-4223

8
   Attorneys for Plaintiff
9

10

11              UNITED STATES DISTRICT COURT

12           NORTHERN DISTRICT OF CALIFORNIA

13

14
   | KRISTIN MCNELIS, | CV 12-06468 MEJ |
15 |                  |                 |

   Plaintiff,                STIPULATION AND [PROPOSED]
16                           ORDER FOR MODIFICATION OF THE
        v.                   CASE MANAGEMENT ORDER RE:
17                           NUMBER OF TRIAL DAYS
   OMNIGLOW, LLC; IRA LEEMON; and   [FRCP 16(b)(4)]
18 DOES 1 through 50, inclusive,

19              Defendants.

20

21      The parties hereto, by and through their respective counsel, recite and stipulate as

22 follows:

23      WHEREAS, on March 25, 2013, this Court issued its Case Management Order in this

24 matter, which provides that a jury trial shall commence March 24, 2014, and last 5 days,

25      WHEREAS, subsequent to the issuance of the Case Management Order the parties have

26 made their initial disclosures, have conducted written discovery, participated in a mediation on

27 June 4, 2013, and have met and conferred to reevaluate their trial estimates in light of further

28 information obtained since the Case Management Order was issued,

1      WHEREAS, counsel have determined that the issues which will be tried in this matter

2 will require 8 days of trial,

3      WHEREAS, counsel believe that because of the foregoing good cause exists to modify

4 the Case Management Order to provide that the jury trial in this matter will last 8 days,

5      THE PARTIES HEREBY STIPULATE THAT the Case Management Order issued by

6 the court be modified, and provide that the jury trial in this matter shall last 8 days.

7

8 Dated: *July 8 2013*       LAW OFFICE OF XAVIER A.M. LAVOIPIERRE

9

10      By: _____

11         Xavier A.M. Lavoipierre
          Co-counsel for Plaintiff

12 Dated: *July 9, 2013*      PARTON SELL RHOADES, PC

13

14

15      By: _____

16         Ralph Rhoades
          Counsel for Defendants

17

18                ORDER

19      The Court having reviewed and considered the recitals and stipulation of the parties, the

20 Court finds that good cause exists to modify the Case Management Order to provide that the jury

21 trial in this matter will last 8 days, and now, therefore,

22      IT IS HEREBY ORDERED that the Case Management Order herein is modified to

23 provide that the jury trial in this matter will last 8 days.

24 Dated: _____   Counsel have made no good showing of the reason

25         for the enlargement of days for trial.  The
         Court will decide trial days after counsel

26

27      MARIA-ELENA JAMES
        United States District Court

28      have filed dispositive motions or at the
        pretrial conference.

DENIED
Judge Maria-Elena James

STIPULATION AND ORDER FOR MODIFICATION
OF THE CASE MANAGEMENT ORDER RE:
NUMBER OF TRIAL DAYS

Dated: 7/15/2013

CV 12-06468 MEJ